# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| **Allah Rakha** <br> *Plaintiff* <br><br> v. <br><br> **JPMorgan Chase Bank, N.A.; American Express National Bank; Citibank, N.A.; Trans Union LLC a/k/a Transunion; Experian Information Solutions Inc.; and Equifax Information Services LLC,** <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:25-cv-01854-NRM-JAM <br> ) <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

Ramon Lebron, duly sworn, deposes and says that, the Deponent is not a party herein, is over the age of 18 years and resides in the state of New York. That on April 14, 2025, at 2:48 pm at 28 liberty street, New York, NY 10005, Deponent served the within Summons in a Civil Action, Complaint, Exhibit(s), and Civil Cover Sheet, with the index number and filing date of the action were endorsed upon the face of the papers so served herein. On: JPMorgan Chase Bank, N.A. (hereinafter referred to as "subject") by leaving the following documents with Ingrid Lopez who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for JPMorgan Chase Bank, N.A..

My perception of the description of the individual served is as follows:
Hispanic or Latino Female, est. age 35-44, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=40.7085439713,-74.0095327492
Photograph: See Exhibit 1

☐ I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or the State of New York in any capacity whatsoever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of New York State or of the United States as that term is defined either in the State or Federal statutes.

_R. [signature]_
_____
Signature
Server Name: Ramon Lebron
License#: 2126451-DCWP

Subscribed and sworn to before me this _23_ day of _April_, _2025_, by _Ramon Lebron_.
Witness my hand and official seal.

_Yessenia Huertas [signature]_
_____
Notary Public

My commission expires:
_12-13-2028_

PROOF TECHNOLOGY NEW YORK, LLC 1800 Gaylord Avenue, Denver, CO 80206 License # 2103684-DCA

Below are my previous attempts at serving JPMorgan Chase Bank, N.A.:

YESSENIA HUERTAS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01HU0031930
Qualified in Bronx County
My Commission Expires 12-13-2028

Date / Time: April 9, 2025 12:52 pm
Address: 270 Park Avenue, New York, NY 10172
Geolocation: https://google.com/maps?q=40.7558441071,-73.974768006
Description: This location is under construction and scaffolded off.



Exhibit 1a)